STEPHEN E. JENKINS, ESQ., SBN 97642
**LAW OFFICES OF**
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard
12th Floor
Encino, California 91436
(818) 501-3800   Telephone
(818) 501-2985   Facsimile

Refer to File Number: 4026/20090398/SEJ

Attorneys for Plaintiff

RECEIVED
APR 2 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ADR

| | |
|---|---|
| RBS CITIZENS, N.A. SUCCESSOR IN INTEREST TO CHARTER ONE BANK, N.A. BY MERGER<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN J. SPATARIU, In Personam; CHARLES V. SPATARIU, In Personam; MRS. JONES Vessel No. 664628 (the "Vessel"), its engines, machinery, appurtenances, etc In Rem<br><br>Defendant(s). | IN ADMIRALTY<br><br>CASE NO.: C09-01780<br><br>~~(PROPOSED)~~ **ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST** |

TO THE CLERK OF THE COURT:

The Court having received and reviewed the Plaintiff's Verified in rem Complaint for Foreclosure of a First Preferred Mortgage on a Vessel and in personam on a promissory note and Plaintiff's Request for Review, hereby approves the Plaintiff's request for a warrant of arrest to issue against the vessel MRS JONES Vessel No. 664628, its engines, machinery, and appurtenances, etc. and directs that the Clerk may issue the requested warrant.

DATED: June 5, 2009

_____
Magistrate Judge

1
(PROPOSED) ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST