| | |
|---|---|
| 1 | STEPHEN E. JENKINS, ESQ./SBN 97642<br>**LAW OFFICES OF** |
| 2 | **HEMAR, ROUSSO & HEALD, LLP**<br>15910 Ventura Boulevard |
| 3 | 12th Floor<br>Encino, California 91436 |
| 4 | (818) 501-3800   Telephone<br>(818) 501-2985   Facsimile |
| 5 | |
| 6 | Refer to File Number:  4026/20090398-SEJ |
| 7 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RBS CITIZENS, N.A. SUCCESSOR IN INTEREST TO CHARTER ONE BANK, .A. BY MERGER | ) ) ) | IN ADMIRALTY |
| | ) | CASE NO.:3:09-cv-01780-JL |
| Plaintiff(s), | ) ) | |
| KATHLEEN J. SPATARIU, In Personam; CHARLES V. SPATARIU, In Personam; MRS JONES Vessel No. 664628 (the "Vessel"), its engines, machinery, appurtenances, etc In Rem | ) ) ) ) ) | **(PROPOSED) ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT AND INSPECTION OF DEFENDANT VESSEL** |
| Defendant(s). | ) ) ) ) | |
| _____ | ) | |

Plaintiff, RBS CITIZENS, N.A. SUCCESSOR IN INTEREST TO CHARTER ONE BANK, N.A. BY MERGER by and through its attorney, STEPHEN E. JENKINS OF HEMAR, ROUSSO & HEALD, LLP, having appeared, has made the following recitals, as set forth in the Application for Appointment of a Substitute Custodian, and the Certification of William O'Dell, on file with the Court:

1.   The Complaint on file seeks relief in the prayer that the Defendant vessel MRS JONES Vessel No. 664628, its engines, machinery, and appurtenances etc. ("Vessel"), be seized, condemned

---

1

ORDER AUTHORIZING MOVEMENT AND INSPECTION OF DEFENDANT VESSEL

and sold to pay plaintiff's claims and for other proper relief.

2. The Court issued it's Order Authorizing Issuance of a Warrant for Arrest of the Vessel on June 5, 2009. In the immediate future, the Clerk of this Court is expected to issue the Warrant for Arrest of the Vessel, commanding the United States Marshal for this District to arrest and take into custody the Vessel and to detain the same in his custody until further order of this Court respecting same.

3. It is contemplated that the Unites States Marshal will seize the Vessel forthwith. Custody by the United States Marshal requires the services of one or more keepers at charges substantially in excess of those to be made by the proposed Substitute Custodian as set forth in the Certification of William O'Dell filed in support of Plaintiff's Application to Appoint a Substitute Custodian, not including charges for moorage and the other services usually associated wit safekeeping vessels similar to the defendant vessel.

4. The Vessel is currently located at Discovery Bay, docked at 1820 Surfside Ct.. Plaintiff is agreeable to allow William O'Dell of National Maritime Services, Inc. to assume the responsibility of safekeeping the Vessel, and William O'Dell of Maritime Services, Inc has consented to act as its custodian until further order of this Court. National Maritime Services, Inc has also consented to move the Vessel from their current location to a suitable marine facility, if necessary.

5. National Maritime Services, Inc. by Certification of William O'Dell, it's Operations Manager, submitted herewith, avers that it will provide insurance and perform the normal and customary custodial services for said vessel, including attending mooring lines, bilge pumping as necessary, and providing locks and security during their custodianship at the rates set forth in Exhibit "1" of the Certification of William O'Dell . The above monthly custodianship charge does not include moorage for the vessel. If not paid directly by Plaintiff RBS CITIZENS, N.A. SUCCESSOR IN INTEREST TO CHARTER ONE BANK, N.A. BY MERGER, the substitute custodian will additionally charge moorage at the monthly rate of $1,428.00.

6. The substitute custodian, National Maritime Services, Inc. is the beneficiary of a Certificate Of Liability Policy issued by St. Paul INS. Company, Policy No. OLO6800483m with limits of $5,000,000 for damage sustained by third parties due to negligence committed during said

1  custody. RBS CITIZENS, N.A. SUCCESSOR IN INTEREST TO CHARTER ONE BANK, N.A. BY
2  MERGER and the UNITED STATES MARSHALL SERVICE have been named as Additional
3  Insured under the Insurance Policy as is evidenced by the Certificate of Insurance attached to the
4  Certification of William O'Dell.

5      7.    Further, in said certification, the Substitute Custodian accepts, in accordance with the
6  terms of this order, possession of the Vessel, its engines, machinery and appurtenances etc., which is
7  the subject of the action herein.

8      8.    In consideration of the United States Marshal's consent to the appointment of William
9  O'Dell of National Maritime Services, Inc as substitute custodian, plaintiff agrees to release the United
10 States and the United States Marshal from any and all liability and responsibility arising out of care
11 and custody of the Vessel, from the time the United States Marshal transfers possession of the Vessel
12 over to said substitute custodian, and plaintiff further agrees to hold harmless and indemnify the
13 United States and the United States Marshal from any and all claims whatsoever arising out of the
14 substitute custodian's possession and safekeeping.

15

16    THEREFORE, IT IS ORDERED that the United States Marshal for the Northern District of
17 California is authorized, upon seizure of the Vessel, pursuant to Warrant for Arrest, to surrender the
18 possession thereof to William O'Dell of National Maritime Services, Inc as substitute custodian named
19 herein, and that upon such surrender the United States Marshal shall be discharged from the duties and
20 responsibilities for the safekeeping of the Vessel and held harmless from any and all claims arising
21 whatever out of said custodial services.

22

23    IT IS FURTHER ORDERED that William O'Dell of National Maritime Services, Inc is
24 appointed custodian of the Vessel and shall retain the Vessel in his custody for possession and
25 safekeeping until further order of this Court and that National Liquidators may move the Vessel from
26 its current location to a secure facility within the district, if necessary. All costs for such movement
27 shall be paid by plaintiff and may, upon further order of this Court, be deemed administrative costs
28 herein. All persons entering on board the Vessel shall execute a waiver and release in the form

1  attached hereto as Exhibit"1".

2      IT IS FURTHER ORDERED that plaintiff's attorney serve a copy of this order on the owner of
3  the Vessel.

4      It is further requested that the Clerk of this Court deliver three certified copies of this order to
5  the United States Marshal forthwith.

6      DATED this 16 day of June, 2009.

7

8

9                               _____
                             JAMES LARSON
10                              MAGISTRATE DISTRICT JUDGE
   Presented by:
11
   HEMAR, ROUSSO & HEALD, LLP
12

13

14
   By: /S/ STEPHEN E. JENKINS
15        STEPHEN E. JENKINS, ESQ., SBN 97642
       Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

## WAIVER OF AND RELEASE FROM LIABILITY

Each of the undersigned, in consideration of being permitted to board the MRS JONES Vessel No, 664628, for the purposes of inspection and/or survey, does agree to and does hereby waive his/her rights whatever arising from any possible injury, illness, and /or death to him/her which may result from going onto, or off of, and being on board the vessels for such purpose.

The undersigned understands and agrees that his/her execution hereof constitutes a full release from any and all liability for any injury, illness and/or death, and all damages arising from his/her going onto, or off of, and being aboard the vessels. This release of liability extends to the benefit of:

1. U.S. Government and the U.S. Marshals Service, their agents and employees;

2. RBS CITIZENS, N.A. SUCCESSOR IN INTEREST TO CHARTER ONE BANK, N.A. BY MERGER, and its agents, employees and interested underwriters;

3. KATHLEEN J. SPATARIU and CHARLES V. SPATARIU and their agents, employees and interested underwriters;

4. Robert McKee, National Liquidators, Substitute Custodian, and its agents, employees and interested underwriters; and

5. The MRS JONES Vessel No 664628, its engines, machinery and appurtenances and its interested underwriters.

The undersigned understands and agrees that he/she shall be liable for any damage to the aforesaid vessel, including, but not limited to, its hulls, engines, machinery, appurtenances, furnishings, cargo, etc., arising out of any actions or activities of any nature undertaken by him/her in relation to his/her boarding the vessel, such liability to attach to him/her whether such actions or activities are negligent or not and whether the actions or activities of the U.S. Marshal, his keeper, the United States of America, and/or the substitute custodian are negligent or not.

The undersigned further understands and agrees that the terms and conditions of this Waiver of and Release from liability extend to and are binding upon his/her heirs, assigns, and administrators.

**I HAVE READ THE FOREGOING WAIVER OF AND RELEASE FROM LIABILITY AND FULLY UNDERSTAND ITS CONTENTS**

DATED_____      _____

DATED_____      _____

DATED_____      _____

DATED_____      _____

DATED_____      _____

ORDER AUTHORIZING MOVEMENT AND INSPECTION OF DEFENDANT VESSEL

1    DATED_____        _____

2

3    DATED_____        _____

4    DATED_____        _____

5

6    DATED_____        _____

7    DATED_____        _____

8

9    DATED_____        _____

10    DATED_____        _____

11

12    DATED_____        _____

13    DATED_____        _____

18    Henry Warden Reilly 401 13th Floor

6

ORDER AUTHORIZING MOVEMENT AND INSPECTION OF DEFENDANT VESSEL