STEPHEN E. JENKINS, ESQ., SBN 97642
**LAW OFFICES OF**
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard
12th Floor
Encino, California 91436
(818) 501-3800   Telephone
(818) 501-2985   Facsimile

Refer to File Number: 4026/20090398-SEJ

Attorneys for Plaintiff

RECEIVED
APR 23 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RBS CITIZENS, N.A. SUCCESSOR IN INTEREST TO CHARTER ONE BANK, N.A. BY MERGER<br><br>Plaintiff(s),<br><br>vs.<br><br>KATHLEEN J. SPATARIU, In Personam; CHARLES V. SPATARIU, In Personam; MRS. JONES Vessel No. 664628 (the "Vessel"), its engines, machinery, appurtenances, etc In Rem<br><br>Defendants. | Case No.: **C09-01780 JL** ADR<br><br>[PROPOSED]<br>**WARRANT FOR ARREST OF VESSEL AND APPURTENANCES** |

To the United States Marshal of the above-named District:

YOU ARE HEREBY COMMANDED to arrest and take into custody, until further order of the Court, the following described property:

The Vessel MRS JONES, Official Number 664628, boilers, tackle, furniture, licenses, masts, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, and all other appurtenances.

YOU ARE FURTHER COMMANDED, if the character or situation of the vessel or other property is such that the taking of actual possession is impracticable, to affix a copy of this warrant in a conspicuous place on said vessel or other property and to leave a copy of the warrant and verified complaint in the action with the person having possession of the vessel or other property, or his agent. Claims of persons entitled to possession of the vessel or other property arrested hereunder shall

1  be filed with the Clerk of this Court and a copy thereof served on plaintiff's attorney within 10 days
2  after publication of the notice of arrest of the vessel or other property and answers to the complaint
3  shall be filed and served within 30 days after the date of publication of said notice of arrest.

5  DATED: 6-18-09

**RICHARD W. WIEKING**
Clerk, United States District Court

By: _____
GLORIA ACEVEDO